**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-2239**

---

KENNETH D. LIGGINS,

                    Plaintiff – Appellant,

          v.

ROBINA R. BOUFFAULT; CLARKE COUNTY SCHOOL BOARD,

                    Defendants – Appellees.

---

**No. 11-1083**

---

KENNETH D. LIGGINS,

                    Plaintiff – Appellant,

          v.

ROBINA R. BOUFFAULT; CLARKE COUNTY SCHOOL BOARD,

                    Defendants – Appellees.

---

Appeals from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief
District Judge. (5:09-cv-00077-gec-bwc)

---

Submitted:  May 3, 2011              Decided:  May 20, 2011

---

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

_____

Kenneth D. Liggins, Appellant Pro Se.  Stacy Leann Haney, REED SMITH, LLP, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth D. Liggins appeals the district court's orders denying his motion for a new trial, entering final judgment on the jury verdict, and denying his motion for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Liggins v. Clarke County School Bd., No. 5:09-cv-00077-gec-bwc (W.D. Va. Oct. 28, 2010; Dec. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED